**Allen W. RHEAUME, Plaintiff–Appellant,**

v.

**John F. KING, M.D., Primary Clinician** in CRCF Mental Health Dept., Bob Wolford, Mental Health Worker at CRCF, Fred Rexford, Mental Health Worker at NWSCF, John F. Gorczyk, Individual and Official Capacities, John Murphy, Individual and Official Capacities, Joseph Smyrski, Individual and Official Capacities, Ken Kane, Individual and Official Capacities, Anne Ward, Individual and Official Capacities, Stuart Robinson, Individual and Official Capacities, Gail LeBlanc, Individual and Official Capacities, Jackie Kotkin, Individual and Official Capacities, Ray Flum, Individual and Official Capacities, Gary Dillon, Individual and Official Capacities, Terry Mosher, Individual and Official Capacities, Linda Shambo, Individual and Official Capacities, Defendants–Appellees.

Docket No. 01–0078.

United States Court of Appeals, Second Circuit.

March 12, 2003.

Julie Pechersky (Martin E. Karlinsky, on the brief), Katten Muchin Zavis Rosenman, New York, NY, for Appellant.

David Groff, Assistant Attorney General (Darian B. Taylor, Assistant Attorney General; Beth J. Thomas, Assistant Attorney General; Robin A. Forshaw, Assistant Solicitor General; Eliot Spitzer, Attorney General of the State of New York), Attorney General's Office of the State of New York, New York, NY, for Appellees, of counsel.

Present: CABRANES, F.I. PARKER, Circuit Judges, and KAPLAN,* District Judge.

* The Honorable Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is hereby **AFFIRMED.**

Plaintiff-appellant Allen Rheaume appeals from a judgment of the District Court entered March 16, 2001, granting defendants' motion to dismiss for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6), on the basis of issue preclusion or collateral estoppel. *See Rheaume v. King,* No. 2:00 Civ. 59 (D.Vt. March 16, 2001). We conclude that the action was properly dismissed and we affirm the judgment of the District Court.

We **AFFIRM** substantially for the reasons stated by the District Court in its judgment entered on March 16, 2001, *see Rheaume v. King,* No. 2:00 Civ. 59 (D.Vt. March 16, 2001).